# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3773

_____

| | | |
|---|---|---|
| Peter J. Grzeskowiak, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Pamela Stall, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: May 6, 1999

Filed: May 18, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Peter J. Grzeskowiak, a Minnesota prisoner, appeals the district court's[1] order dismissing without prejudice his 42 U.S.C. § 1983 action, in which he claimed that the court reporter in his state criminal trial falsified the trial transcript. Upon a thorough review of the record and Mr. Grzeskowiak's brief, we conclude that the court properly dismissed the complaint under 28 U.S.C. § 1915A(b)(1) (prisoner's complaint should

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

be dismissed if it is frivolous, malicious, or fails to state claim for which relief can be granted).

Accordingly, we affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.